# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-4116
_____

P. K. P.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Okaloosa County.
Angela D. Mason, Judge.

March 7, 2024

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

T.S. Lupella and David S. Rehr, T.S. Lupella, P.A., Fort Walton Beach, for Appellant.

Ashely Moody, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.